IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )       2:20cr155-MHT
                            )            (WO)
DIANE MARIE GOOCH           )
```

## SUPPLEMENTAL ORDER MODIFYING
## CONDITIONS OF SUPERVISED RELEASE

By agreement of the parties during an on-the-record conference call on March 30, 2020, it is ORDERED that the conditions of supervised release are modified to include the following additional condition:

(1) Defendant Diane Marie Gooch shall attend, and the United States Probation Office shall arrange for her to receive, appropriate mental-health treatment for her PTSD and OCD, as recommended by Dr. Lauren Kois. The treating therapist should consider an array of psychological approaches, including standard cognitive behavioral therapy, dialectical behavioral therapy, and cognitive processing therapy. The therapist should be qualified and have the requisite education and training to provide these different approaches. The treatment sessions shall be at least once per week unless and

until the therapist determines the treatments can be less frequent. The therapist shall consider recommending defendant Gooch for adjunct pharmacotherapy.

(2) Defendant Gooch shall contribute to the cost of any treatment based on her ability to pay and the availability of third-party payments.

(3) The United States Probation Office shall also provide the treatment provider(s) with copies of the report of Dr. Kois (Doc. 32).

DONE, this the 5th day of April, 2022.

                                  /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE